# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Gertrude Alexis | CASE NO.: 25–23189–dsj |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–6342 | CHAPTER: 13 |

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the Honorable David S Jones at the U.S. Bankruptcy Court, Contact chambers for Zoom Meeting ID, and Password, DSJ Zoom Videoconference, on March 11, 2026 at 10:00 AM to consider dismissal of the above–captioned case, which is subject to the automatic dismissal provisions set forth in 11 U.S.C. § 521(i).

Pursuant to 11 U.S.C. § 521(i), an individual debtor's chapter 7 or 13 case is subject to automatic dismissal if: 1) it is now 46 or more days since the debtor's case was commenced on December 8, 2025 by the filing of a voluntary petition; and 2) the debtor has failed to file one or more of the requirements listed in section 521(a)(1).

In the above–referenced case, the Debtor has failed to file the following:

> Attorney Disclosure Statement; Bankruptcy Petition Preparer's Notice Declaration and Signature (Official Form 119); Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C1); Chapter 13 Model Plan; Declaration About an Individual Debtor's Schedules (Official Form 106Dec); Schedule A/B: Property (Official Form 106A/B); Schedule C: The Property You Claim as Exempt (Official Form 106C); Schedule D: Creditors Who Hold Claims Secured By Property (Official Form 106D); Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F); Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G); Schedule H: Your Codebtors (Official Form 106H); Schedule I: Your Income (Official Form 106I); Schedule J: Your Expenses (Official Form 106J); Statement of Financial Affairs; Summary of Assets and Liabilities.

Dated: January 26, 2026                                        Vito Genna
                                                               Clerk of the Court